UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BO FRANKLIN,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:18-cr-00106

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on June 26, 2018, after receiving the written consent of defendant and all counsel.  There is no written plea agreement.  At the hearing, defendant Bo Franklin entered a plea of guilty to Counts 1 and 2 of the Indictment.  Count 1 charges defendant with armed bank robbery, in violation of 18 U.S.C. § 2113(a)and (d)., and 2 and Count 2 charges defendant with possession and brandishing of a firearm in furtherance of bank robbery, in violation of 18 U.S.C. § 924(c)(1)(A)(11).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1 and 2 of the Indictment be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: June 26, 2018                                    /s/ Phillip J. Green\
                                                  PHILLIP J. GREEN\
                                                  United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to <u>de novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).